HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MONTOYA, ) | Case No. 2:18-cv-01081-JAM-CKD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a twenty (20) day extension of time until January 31, 2019, in which to e-file his Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before March 2, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (eleven opening briefs and four reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

1

STIPULATION AND ORDER

Dated: January 11, 2019     */s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
MARK MONTOYA

Dated: January 11, 2019     */s/DONNA W. ANDERSON*
DONNA W. ANDERSON
Special Assistant U.S. Attorney
Social Security Administration

IT IS ORDERED.

Dated: 1/14/19     /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2

STIPULATION AND ORDER