1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
3 | A PROFESSIONAL LAW CORP.
4 | 1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
5 | Facsimile: (408) 295-7444
6 | HPS/as
7 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MONTOYA, ) | Case No. 2:18-cv-01081-JAM-CKD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| COMMISSIONER OF ) SOCIAL SECURITY, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fifteen (15) day extension of time until February 15, 2019, in which to e-file his Motion for Summary Judgement. Defendant shall file any opposition, including cross-motion, on or before March 18, 2019. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due (fourteen opening briefs and three reply briefs). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection to requested relief.

///

///

///

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| Dated: January 31, 2019 | | */s/HARVEY P. SACKETT* |
| | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| | | MARK MONTOYA |

Dated: January 31, 2019         */s/DONNA W. ANDERSON*
                                DONNA W. ANDERSON
                                Special Assistant U.S. Attorney
                                Social Security Administration

IT IS ORDERED.

Dated: 2/1/2019                 /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge

STIPULATION AND ORDER