HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MONTOYA, ) | Case No. 2:18-cv-01081-JAM-CKD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a seven (7) day extension of time until May 29, 2019, in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (thirteen opening briefs and three reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

| | | |
|---|---|---|
| Dated: May 21, 2019 | | */s/HARVEY P. SACKETT* |
| | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| | | MARK MONTOYA |

| | | |
|---|---|---|
| Dated: May 21, 2019 | | */s/DONNA W. ANDERSON* |
| | | DONNA W. ANDERSON |
| | | Special Assistant U.S. Attorney |
| | | Social Security Administration |

IT IS ORDERED.

Dated: May 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE